Walter L. Githens, appellant, v. Passen Securities, Inc. et al., defendants. Illinois Home Finance Corporation, appellee. Gen. No. 33,782.

Opinion filed March 1, 1930.

Howard Ames, for appellant. John E. Owens, for appellee; Clyde C. Fisher, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.